

*Clarence E. Mellén* for appellant.
*Paul O'Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued June 8, 1948; decided July 16, 1948.

*John P. McGrath, Corporation Counsel (Morris Handel* and *William F. Murphy* of counsel), for appellant.

*John W. Davis, Albert S. Wright, S. Hazard Gillespie, Jr.,* and *Ellwood Thomas* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

JULIUS LUFTMAN et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Tenants of the Hotel Marcy, Respondents, *v.* PAUL ROSS et al., as Temporary City Housing Rent Commission, Defendants, and BING & BING, INC., Appellant.

Argued June 8, 1948; decided July 16, 1948.